

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00715-CR

Bradlee Wayne **WRINKLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6023
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 27, 2018.

_____
Patricia O. Alvarez, Justice